UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOROTHY RYS, etc.,

        Plaintiff,

vs.                     Case No. 3:07-cv-46-J-33HTS

JACKSONVILLE COURTS,

        Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to United States Magistrate Judge Howard T. Snyder's Report and Recommendation (Doc. # 8), entered on February 15, 2007, recommending that this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28

U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation (Doc. # 8) is hereby **ACCEPTED** and **ADOPTED.**

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Local Rule 3.10(a).

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 6th day of March, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record
Pro se parties, if any
Hon. Howard T. Snyder,
    United States Magistrate Judge